# United States District Court
# Central District of California

| | |
|---|---|
| AVEAN EDWARDS,<br><br>          Plaintiff,<br><br>   v.<br><br>COUNTY OF LOS ANGELES; JOHN L. SCOTT; and DOES 1–100, inclusive,<br><br>          Defendants. | Case No. 2:15-cv-2553-ODW (AGR)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 52), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by January 1, 2017**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

July 28, 2016

                              _____
                                   **OTIS D. WRIGHT, II**
                              **UNITED STATES DISTRICT JUDGE**